UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Lavetta Glasco,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.:1:13-cv-1600-TWP-DML |
| vs. | ) |
| | ) |
| **National Credit Adjusters, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

### ENTRY OF DEFAULT

It appears from the record that the following defendant has failed to plead or otherwise defend in this case as required by law:

National Credit Adjusters, LLC

Therefore, default is entered against the defendant as authorized by Rule 55 of the Federal Rules of Civil Procedure.

Laura A. Briggs, Clerk

Date: 12/13/2013

BY: _____
Deputy Clerk, U. S. District Court

**ECF notification:**

Copies to electronically registered counsel of record.

By mail:

Corporation Service Company
251 E. Ohio Street
Indianapolis, IN 46204